

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2018

No. 04-18-00379-CV

**THE STATE OF TEXAS**,
Appellant

v.

**ONE MILLION SEVEN HUNDRED ELEVEN THOUSAND SIXTY-ONE DOLLARS AND SEVENTY-NINE CENTS** ($1,711,061.79) In U.S. Currency, Elgin Watch, Rope Necklace, ID Bracelet, Two (2) Costume Jewelry Rings, and Five (5) Silver Bars,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 10,242
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellees' second motion to supplement the clerk's record is granted. We order appellees, by **September 13, 2018**, to request supplementation of the record pursuant to Texas Rule of Appellate Procedure 34.5(c)(1). *See* Tex. R. App. P. 34.5(c)(1) ("If a relevant item has been omitted from the clerk's record, . . . *any party* may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item.") (emphasis added). Because Rule 34.5(c)(1) authorizes a party to request supplementation directly from the trial court clerk, this court will not consider any other motions to supplement the record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court